**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00353-CV

**WAYNE LENSING AND LEFTHANDER MARKETING, INC., Appellants**

**V.**

**DAVID CARD AND CLEO LOWE, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06631**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number DC-12-06631 (298th Judicial District Court of Dallas County, Texas), containing Plaintiffs' Motion for Nonsuit filed on or about July 15, 2013, and the Order Granting Plaintiffs' Motion for Nonsuit signed on or about July 15, 2013. The clerk shall file the supplemental clerk's record **within 21 days** from the date of this Order.

We **DIRECT** the clerk of this Court to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; and counsel for all parties.

/s/     KERRY P. FITZGERALD
PRESIDING JUSTICE